

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00207-CR

## IN RE WILLIAM M. WINDSOR

_____

## Original Proceeding

## MEMORANDUM OPINION

Relator William M. Windsor's petition for writ of mandamus against the Respondent trial-court judge is denied, and his petition for writ of mandamus against the Respondent district clerk is dismissed for lack of jurisdiction.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
      (Justice Davis concurring)
Denied and dismissed
Opinion delivered and filed August 31, 2016
Do not publish
[OT06]